McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-0048-JAM-2 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: June 19, 2018 |
| JESSE DAVID RICHARDSON, | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its undersigned counsel, and defendant Jesse David Richardson, through his counsel of record, stipulate that the status conference currently set for June 19, 2018, be continued to July 10, 2018, at 9:15 a.m.

On March 23, 2017, Mr. Richardson was arraigned on the two-count Indictment. (ECF Nos. 10, 12.) Since that time, the United States has produced nearly 400 pages of discovery, which includes all of the reports, photos, and laboratory results created in connection with this case. Defense counsel requires a brief period of additional time to review these materials, to confer with his client, to conduct research and investigation about the charged offenses, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for June 19, 2018, be continued to July 10, 2018, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated up to and including July 10, 2018, under

18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 12, 2018         /s/ *Timothy H. Delgado*
                             TIMOTHY H. DELGADO
                             Assistant United States Attorney
                             Attorney for Plaintiff United States

Dated: June 12, 2018         /s/ *THD for Michael L. Chastaine*
                             MICHAEL L. CHASTAINE
                             Attorney for Defendant Jesse Richardson

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including July 10, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the June 19, 2018 status conference be continued until July 10, 2018, at 9:15 a.m.

Dated: June 12, 2018         /s/ John A. Mendez_____
                             Hon. John A. Mendez
                             United States District Court Judge