PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00048-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESETTING PRELIMINARY HEARING ON TSR 12C PETITION; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JESSE DAVID RICHARDSON, | |
| Defendant. | DATE: September 15, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on the supervised release violation on September 15, 2023.

2. On September 11, 2023, the parties learned that United States Probation Officer Steve Sheehan was unavailable on September 15, 2023. The parties have conferred with PO Sheehan and request the preliminary hearing be moved up one day, to September 14, 2023 at 2:00 p.m.

///

///

///

3. By this stipulation, the parties now move to reset the preliminary hearing to September 14, 2023 at 2:00 p.m.

IT IS SO STIPULATED.

Dated:  September 11, 2023          PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ ALSTYN BENNETT
                                    ALSTYN BENNETT
                                    Assistant United States Attorney

Dated:  September 11, 2023          /s/ MICHAEL HEUMANN
                                    MICHAEL HEUMANN
                                    Counsel for Defendant
                                    JESSE DAVID RICHARDSON

### [~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 12th day of September, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING RESETTING PRELIMINARY HEARING ON TSR 12C PETITION

2