PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JESSE DAVID RICHARDSON,<br><br>                Defendant. | CASE NO. 2:17-CR-00048-JAM<br><br>STIPULATION REGARDING WAIVING PRELIMINARY HEARING ON TSR VIOLATION PETITION; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: September 14, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on the pending TSR violation petition on September 14, 2023, and an admit/deny hearing on September 26, 2023. ECF 102, 108.

///

///

///

2. By this stipulation, defendant now moves to waive his right to a preliminary hearing under Federal Rule of Criminal Procedure 32.1(b)(1) and proceed directly to an admit/deny hearing before the assigned district judge.

IT IS SO STIPULATED.

Dated:  September 12, 2023         PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ ALSTYN BENNETT
                                   ALSTYN BENNETT
                                   Assistant United States Attorney

Dated:  September 12, 2023         /s/ MICHAEL HEUMANN
                                   MICHAEL HEUMANN
                                   Counsel for Defendant
                                   JESSE DAVID RICHARDSON

[~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 13th day of September, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE