**FILED**
October 31, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE DAVID RICHARDSON,<br><br>Defendant. | Case No. 2:17-cr-00048-JAM-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESSE DAVID RICHARDSON , Case No. 2:17-cr-00048-JAM-2 , Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____      Unsecured Appearance Bond $ _____

_____      Appearance Bond with 10% Deposit

_____      Appearance Bond with Surety

_____      Corporate Surety Bail Bond

  X    (Other): **TIME SERVED**

Dated:  October 31, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE